THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA DANDRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| ) | |
| ) | |
| ROCHELLE CARAWAY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Rochelle Caraway ("Caraway"), hereby removes the action filed as *Patricia Dandridge v. Rochelle Caraway*, Civil Action No. 2006 CA 002535 ("the Civil Action") from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. Caraway states as follows:

1. On or about May 7, 2006, Plaintiff served Caraway with the Summons, Complaint and Initial Order (attached collectively as Exhibit A) filed in the Civil Action.

2. The Complaint alleges that Caraway violated the District of Columbia Human Rights Act by discriminating against Plaintiff with respect to Plaintiff's terms and conditions of employment because of Plaintiff's sexual orientation. Plaintiff seeks back pay, front pay, benefits, and compensatory and punitive damages totaling at least $75,000.00 if she prevails on her claim against Caraway.

3. More than 30 days have <u>not</u> elapsed since Caraway was served with the Summons, Complaint and Initial Order.

329180.1
5/24/2006

4.   No other pleadings or pleadings have been served on Caraway and she has not filed or served any pleadings in the Civil Action.

5.   Plaintiff resides in the District of Columbia.

6.   Caraway resides in North Carolina.

7.   Complete diversity of citizenship exists between Plaintiff and Caraway and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. As a consequence, the Civil Action is a case over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is removable to this Court pursuant to 28 U.S.C. § 1441(a).

8.   A Notice of Filing of Notice of Removal ("Notice of Filing") is being filed with the Superior Court for the District of Columbia. A copy of the Notice of Filing is attached as Exhibit B.

9.   Attached hereto as Exhibit C is a copy of the Notice to Plaintiff of Filing of Notice of Removal, the original of which is being served on Plaintiff's Attorney.

WHEREFORE, Caraway respectfully requests that the Clerk note that this action has been removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and that all proceedings shall take place in the United States Court for the District of Columbia.

Respectfully submitted,

_____
James Edward Rubin, (Bar No. 456945)
The Rubin Employment Law Firm, PC
11 North Washington Street

2

Suite 520
Rockville, MD 20850
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on, May 25, 2006, I served the foregoing Notice of Removal by U.S. first class mail, postage prepaid on:

David A. Branch, Esq.
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, DC 20009

_____
James Edward Rubin

3