# EXHIBIT B

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PATRICIA DANDRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2006-002535-B |
| v. ) | |
| ) | |
| ROCHELLE CARAWAY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned action was filed by Defendant on May 26, 2006 in the Office of the Clerk of the United States District Court for the District of Columbia, together with a copy of the Summons and Complaint filed in this action. The Notice of Removal, a true copy of which is attached hereto, removes this action from the Superior Court for the District of Columbia.

Respectfully submitted,

_____
James Edward Rubin, (Bar No. 456945)
The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD 20850
Attorneys for Defendant

329155.1
5/24/2006

## CERTIFICATE OF SERVICE

I certify that on, May 26, 2006, I served the foregoing Notice of Notice of Removal by U.S. first class mail, postage prepaid on:

>David A. Branch, Esq.
>Law Offices of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, DC 20009

_____
James Edward Rubin