# EXHIBIT C

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA DANDRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| | ) |
| | ) |
| ROCHELLE CARAWAY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. Sec. 1446(d), this constitutes notice that Defendant Rochelle Caraway has this day filed the attached Notice of Removal in the United States District Court for the District of Columbia, with a copy to the Superior Court of the District of Columbia, thereby effecting removal of this matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

_____
James Edward Rubin, (Bar No. 456945)
The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD  20850
Attorneys for Defendant

3

329155.1
5/24/2006

## CERTIFICATE OF SERVICE

I certify that on, May 26, 2006, I served the foregoing Notice of Notice of Removal by U.S. first class mail, postage prepaid on:

>David A. Branch, Esq.
>Law Offices of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, DC 20009

_____
James Edward Rubin