THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA DANDRIDGE,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>)<br>**ROCHELLE CARAWAY,** )<br>)<br>**Defendant.** )<br>)| **Civil Action No. 06-0981 RWR** |

**ORDER**

Upon consideration of Plaintiff Patricia Dandridge's Motion to Remand, and Defendant Rochelle Caraway's Opposition thereto, it is this _____ day of _____, 2006,

ORDERED, that Plaintiff Patricia Dandridge's Motion to Remand is denied.

_____
Judge Richard W. Roberts