# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| PATRICIA DANDRIDGE, | : | |
| Plaintiff, | : | Civil Action No.: 05-7447 |
| | : | Judge Retchin |
| v. | : | Calendar 14 |
| | : | |
| WINN MANAGEMENT GROUP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

FILED
CIVIL ACTIONS BRANCH
FEB 0 2 2006
Superior Court
of the District of Columbia
Washington, D.C.

### ORDER

The Court has reviewed Plaintiff's Motion to Extend the Time to Serve the Summons, Complaint and Initial Scheduling Order on Defendant Caraway. Plaintiff filed her Complaint on September 13, 2005. Plaintiff previously requested a thirty-day extension to serve Defendant Caraway, and Judge Weisberg gave her until January 17, 2006. On January 18, 2006, Plaintiff's process server served Defendant Caraway. Plaintiff filed the instant motion on January 30, 2006.

Failure to comply with Rule 4(m) by failing to file proof of service, move for an extension of time within 60 days of filing the complaint, or to comply with a Court order granting an extension of time requires dismissal of the complaint without prejudice. Thereafter, Plaintiff may (1) file a new complaint and thus have a new period of 60 days within which to comply with Rule 4(m), or (2) file under Rule 41(b) within 14 days a motion showing good cause why the case should be reinstated. Wagshal v. Rigler, 711 A.2d 112 (D.C. 1998).

Although Plaintiff's failure to abide by Rule 4(m) may be excusable, the Court has no discretion to grant Plaintiff the relief sought. Rule 4(m)'s requirements are

DOCKETED In Chambers    FEB 0 2 2006
MAILED From Chambers    FEB 0 2 2006



mandatory. See, e.g., Cameron v. Washington Metro Area Transit Authority, 649 A.2d 291 (D.C. 1994).

Wherefore, it is this 2nd day of February, 2006,

ORDERED that:

1. Plaintiff's Motion is DENIED; and

2. Plaintiff's Complaint against Defendant Caraway is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

2-1-06
Date

Judith E. Retchin
Associate Judge

Copy to:

David A. Branch, Esq.
Law Offices of David A. Branch
1825 Connecticut Ave., N.W., Suite 690
Washington, D.C. 20009

R. Michael Smith, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006