# Superior Court of the District of Columbia
CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

Patricia Dandridge
vs.
Rochelle Caraway

Case Number: 
Date:

Name: David A. Branch
Firm Name: Law Offices of David A. Branch
Telephone No.: (202) 785-2805
Unified Bar No.: 438764

Relationship to Lawsuit
- ⦿ Attorney for Plaintiff
- ○ Self (Pro Se)
- Other:

TYPE OF CASE:  ○ Non-Jury   ⦿ 6 Person Jury   ○ 12 Person Jury

Demand: $ 1,000,000   Other:

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. ___  Judge ___  Calendar # ___
Case No. ___  Judge ___  Calendar # ___

NATURE OF SUIT: *(Check One Box Only)*

**A. CONTRACTS**
- ☒ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other:
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

COLLECTION CASES
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3441
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Other:

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☐ 16 Negligence
- ☐ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other:
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

**D. OTHERS**

I.
- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 04 Condemnation (Emin. Domain)
- [ ] 05 Ejectment
- [ ] 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- [ ] 08 Quiet Title
- [ ] 09 Special Writ (Specify)

- [ ] 10 T.R.O./Injunction
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (D.C. Code 164315)

- [ ] 25 Other:
- [ ] 26 Insurance/Subrogation Under $25,000 Consent Denied
- [ ] 27 Insurance/Subrogation Over $25,000

II.
- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [6-2713(h) or 36-3 19(a)]
- [ ] 20 Master Meter (D.C. Code 43-541, et seq.)

- [ ] 21 Petition for Subpoena [Rule 28-I(b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27 (a)(I) (Perpetuate Testimony)