THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA DANDRIDGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.  06-0981 RWR |
| ) | |
| ) | |
| **ROCHELLE CARAWAY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SURREPLY IN SUPPORT OF HER OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Defendant Rochelle Caraway ("Ms. Caraway"), by and through counsel, James E. Rubin, and The Rubin Employment Law Firm, P.C., pursuant to Local Rule 7, respectfully files this motion for leave to file a surreply. In support, Ms. Caraway states as follows:

1. On June 13, 2006, plaintiff Patricia Dandridge ("Ms. Dandridge") filed a reply brief in support of her motion to remand this matter to the Superior Court of the District of Columbia.

2. In her brief, Ms. Dandridge makes several arguments that she did not fully explain in her original motion. Ms. Dandridge now claims:

   - Her attorney-drafted civil cover sheet seeking $1,000,000 in this case and sworn interrogatory answers seeking $300,000 in a related matter are insufficient evidence to prove the amount in controversy in this case is greater than $75,000.

   - Ms. Caraway evaded service in the first case Ms. Dandridge filed in Superior Court.

   - The location of Ms. Caraway's permanent residence is unclear.

3. Ms. Caraway respectfully request leave of Court to file the attached surreply, which refutes these claims and conclusively proves diversity jurisdiction exists in this Court.

4.   In accordance with Local Rule 7(m), undersigned counsel discussed with Ms. Dandridge's counsel whether his client consented to the relief requested in this motion. Ms. Dandridge's counsel declined to give his consent.

WHEREFORE, for those reasons, Ms. Caraway respectfully requests the Court to strike Ms. Dandridge's new argument or grant her leave of Court to submit the attached surreply.

Respectfully submitted,

__/s/_____
James Edward Rubin, (Bar No. 456945)
The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD  20850
(301) 760 7914
(301) 760 7234
jrubin@rubinemploymentlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I certify that on, June 15, 2006, I served the foregoing by U.S. first class mail, postage prepaid on:

>David A. Branch, Esq.
>Law Offices of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, DC 20009

>_____/s/_____
>James Edward Rubin