THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA DANDRIDGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 06-0981 RWR** |
| ) | |
| ) | |
| **ROCHELLE CARAWAY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant Rochelle Caraway's motion for leave to file a surreply in support of her opposition to remand, and any opposition thereto, it is this _____ day of _____, 2006,

ORDERED, that Defendant Rochelle Caraway's motion for leave to file a surreply in support of her opposition to remand is granted.

_____
Judge Richard W. Roberts

334426.1
6/7/2006