# EXHIBIT A

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PATRICIA DANDRIDGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-0007447 |
| v. ) | |
| ) | |
| WINN MANAGEMENT GROUP, *et al* ) | Judge Frederick Weisberg |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO EXTEND THE TIME TO SERVE THE SUMMONS, COMPLAINT AND INITIAL SCHEDULING ORDER ON DEFENDANT CARAWAY

Comes Now the Plaintiff, by and through counsel, and files this motion to extend the time to serve the summons, complaint and initial scheduling order on Defendant Caraway and in support thereof states as follows.

On September 13, 2005, Plaintiff filed her complaint with the court. Pursuant to D.C. Code §11-906 and D.C. Superior Court Rule of Civil Procedure 40-I, Plaintiff is required to file proof of serving copies of the summons, complaint and initial scheduling order within 60 days of filing her complaint. Plaintiff served Defendant Winn Management and WDC-1 Apartments. Despite diligent efforts, Defendant Rochelle Caraway has not been served. Ex. A. Plaintiff requests a thirty (30) day extension, through January 15, 2006, to serve the summons, complaint and initial scheduling order on Defendant Caraway.

Respectfully submitted,

_____
David A. Branch #438764
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805

**Certificate of Service**

I hereby certify this 16th day of December 2005, that a copy of the foregoing Motion to Extend Time to Serve the Summons, Complaint and the Initial Scheduling Order on Defendant Caraway was sent to counsel for Defendants listed below:

R. Michael Smith
Dechert LLP
1775 I Street, NW
Washington, D.C. 20006-2401

_____
David A. Branch

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PATRICIA DANDRIDGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-0007447 |
| v. ) | |
| ) | |
| WINN MANAGEMENT GROUP, *et al* ) | Judge Frederick Weisberg |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Extend the Time to Serve the Summons, Complaint and Initial Scheduling Order on Defendant Caraway, it is

ORDERED that the motion be and hereby is granted. Plaintiff shall serve the summons, complaint and initial scheduling order on Defendant Caraway on or before January 16, 2005.

SO ORDERED.

                                                                Judge, Superior Court
                                                                For the District of Columbia

Copies to:
David A. Branch
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009

R. Michael Smith
Dechert LLP
1775 I Street, NW
Washington, D.C. 20006-2401

Washington Pre-Trial Services, Inc
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036
Voice: (202) 887-0700 (888) 868-0701
Fax: (202) 887-0702
www.pretrial.com

David A. Branch, Esq.
1825 Connecticut Ave. NW, Suite 690
Washington, DC 20009

**Patricia Dandridge vs. WINN Management Group et al.**

Venue: DC Superior Court - Civil
Case Number: 2005 CA 7447 B
Service of: Summons, Complaint, and Initial Order

Attempted service on Rochelle Caraway at 201 15th Street West, Bradenton, FL 34205 through November 10, 2005:

Not served after due and diligent search: house is vacant and up on blocks as if it were to be moved soon. Address reported by the credit bureaus July 2005.

Report date: November 21, 2005

```
********************************************************************
                WASHINGTON PRE-TRIAL SERVICES, INC.
********************************************************************
```


EXHIBIT 4

*RETURN OF SERVICE*

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
500 INDIANA AVENUE NW ROOM JM-170
WASHINGTON, DC 20001
(202) 879-1133

Case Number:   2005 CA 7447 B
Document:   Summons and Complaint

Plaintiff:
**PATRICIA DANDRIDGE**

Vs

Defendant:
**WINN MANAGEMENT GROUP ET AL**

Received by Attorney Services and Process Washington Pre-Trail Services, Inc. on **November 1, 2005** at **2:30 p.m.** to be served on **ROCHELLE CARAWAY** at **201 15th Street West, Bradenton, FL 34205**
I Dennis L. Chambers do hereby affirm that on **November 10, 2005 at 5:00 p.m.** executed service by delivering a true copy of the above named document(s) in accordance with state statues in the manner marked below:

☐ **INDIVIDUAL SERVICE:** Served the within-named person.

☐ **SUBSTITUTE SERVICE:** By serving _____ as _____

☐ **CORPORATE SERVICE:** By serving _____ as _____

☒ **NON SERVICE:** For the reason detailed in the Comments below:

COMMENTS:   **CURRENT BLDG/HOUSE IS VACANT – RAISED ON BRICKS – LOOKS LIKE BUILDING IS BEING MOVED. NON-SERVE PER CLIENT.**

*I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Pursuant to FS 92.525 and under penalty of perjury I declare that the facts set forth are true and correct.*

State of FLORIDA
County of SARASOTA

Sworn to and subscribed before me this 17th day of November.

Dennis L. Chambers #0196
Attorney Services and Process
5990 Rachele Drive
Sarasota, FL 34243



Donna Gail Smothermon
My Commission DD274690
Expires March 28, 2008