# EXHIBIT B



FILED
CIVIL ACTIONS BRANCH
JAN 3 0 2006
Superior Court
of the District of Columbia
Washington, D.C.

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PATRICIA DANDRIDGE                          )
                                            )
                    Plaintiff,              )
                                            )    Civil Action No.: 05-0007447
v.                                          )
                                            )
WINN MANAGEMENT GROUP, *et al*              )    Judge Frederick Weisberg
                                            )
                    Defendants.             )
_____)

## PLAINTIFF'S MOTION TO EXTEND THE TIME TO SERVE THE SUMMONS, COMPLAINT AND INITIAL SCHEDULING ORDER ON DEFENDANT CARAWAY

Comes Now the Plaintiff, by and through counsel, and files this motion to extend the time to serve the summons, complaint and initial scheduling order on Defendant Caraway and in support thereof states as follows.

Plaintiff previously requested a thirty-day extension to serve Defendant Caraway, which would have been January 17, 2006. Plaintiff's process server was able to serve Defendant Caraway on January 18, 2006. Ex. A. Plaintiff requests an extension of the period to serve Defendant Caraway to January 18, 2006. Plaintiff's counsel contacted Defendants' counsel to advise him of this request and he indicated he would not take a position on the motion.

Respectfully submitted,

By: _____

David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.



Suite 690
Washington, D.C. 20009
(202) 785-2805

**Certificate of Service**

I hereby certify this 30th day of January 2006, that a copy of the foregoing Motion to Extend Time to Serve the Summons, Complaint and the Initial Scheduling Order on Defendant Caraway was sent to counsel for Defendants listed below:

R. Michael Smith
Dechert LLP
1775 I Street, NW
Washington, D.C. 20006-2401

David A. Branch

2

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
500 INDIANA AVENUE NW ROOM JM-170
WASHINGTON, DC 20001
(202) 879-1133

Patricia Dandridge
Plaintiff(s)

Case Number: <u>2005 CA 7447 B</u>

vs

<u>WINN Management Group et al.</u>
Defendant(s)

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies that on <u>January 18</u>, 2006 at <u>8:36</u> am/pm I executed service of process upon **ROCHELLE CARAWAY** at 8148 Christmas Court, Charlotte, NC 28216 by delivering to and leaving copies of Summons, Complaint, and Initial Order as follows:

[X] personally upon Rochelle Caraway who is described as a <u>Black</u> female, approximately <u>5'7"</u> tall, <u>170</u> pounds, <u>Brown</u> eyes, <u>Black</u> hair, and <u>45-50</u> years of age.

[ ] personally upon _____, co-resident of Rochelle Caraway on her behalf, who stated that this is their joint permanent domicile. Recipient is described as a _____ (fe)male, approximately_____ tall, _____ pounds, _____ eyes, _____ hair, and _____ years of age.

The undersigned further certifies that my address of record is Washington Pre-Trial Services, Inc, 2000 Massachusetts Avenue NW 3rd Floor, Washington, DC 20036; that I am over the age of 18 years; and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: <u>01/19/06</u>

for: Washington Pre-Trial Services, Inc.

<u>NOTARY</u>

Sworn and subscribed before me this 19 day of Jan., 2006.

_____(seal)
My Commission Expires:





# IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| PATRICIA DANDRIDGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-0007447 |
| v. ) | |
| ) | |
| WINN MANAGEMENT GROUP, *et al* ) | Judge Frederick Weisberg |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Extend the Time to Serve the Summons, Complaint and Initial Scheduling Order on Defendant Caraway, it is

ORDERED that the motion be and hereby is granted.

SO ORDERED.

_____
Judge, Superior Court
For the District of Columbia

Copies to:
David A. Branch
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009

R. Michael Smith
Dechert LLP
1775 I Street, NW
Washington, D.C. 20006-2401