# EXHIBIT C

704 391 6809  ADC  02:55:57 p.m  06-13-2006  1/2
06/13/2006 TUE 16:55 FAX 301 838 0322 SMITH LEASE GOLDSTEIN  @001/002
Case 1:06-cv-00981-RWR    Document 7-6    Filed 06/15/2006    Page 2 of 3

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA DANDRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-0981 RWR |
| ) | |
| ROCHELLE CARAWAY, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF ROCHELLE CARAWAY

I, Rochelle Caraway, do hereby declare and state as follows:

1. I am over the age of 18 and competent to testify about the matter stated herein. I am the defendant in the above case.

2. I lived in the District of Columbia from approximately 1999 until July 2005.

3. After July 2005, I did not reside in or maintain an address in the District of Columbia.

4. In July 2005, I moved to 201 15th Avenue West, in Bradenton, Florida. I lived in Bradenton for approximately six months, until January 2006.

5. During the entire time I lived in Florida, I was never approached by any individual seeking to serve me with legal papers. Nor did I take any action to avoid or evade being served with legal papers.

6. On January 18, 2006, an unknown individual served me with legal papers in North Carolina. The legal papers related to a lawsuit filed in the Superior Court of the District of Columbia.

704 391 6809    ADC                                    02:56:07 p.m.    06-13-2006         2/2
06/13/2006 TUE 16:55 FAX 301 838 0322 SHIPE LEASE GOLDSTEIN
Case 1:06-cv-00981-RWR   Document 7-6   Filed 06/15/2006   Page 3 of 3   ☒002/002

7. On May 7, 2006, a second unknown individual served me with legal papers in North Carolina. The legal papers related to the lawsuit filed in the Superior Court (subsequently removed to this Court).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Rochelle Caraway*
ROCHELLE CARAWAY

DATED: 6/13/06

2