THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA DANDRIDGE,        )
                           )
         Plaintiff,        )
v.                         )   Civil Action No. 06-0981 RWR
                           )
                           )
ROCHELLE CARAWAY,          )
                           )
         Defendant.        )
_____)

## SUPPLEMENTAL DECLARATION
## OF ROCHELLE CARAWAY

I, Rochelle Caraway, declare as follows:

1.   I last lived and worked in the District of Columbia in July 2005.

2.   In July 2005, I moved to Bradenton, Florida where I worked as a Property Manager for CT Associates and maintained my residence until January 2006 when I moved to Charlotte, North Carolina where I now reside and work.

3.   Since moving to North Carolina, I have done the following:

   A.   Held a driver's license issued by that state and registered my car there (license plate no. ROE 121). A copy of my driver's license is attached;

   B.   Registered to vote in that state and voted in local elections.

   C.   Lived in a home which I own and which is located at 8148 Christmas Court, Charlotte, North Carolina;

   D.   Paid property taxes assessed on that real estate;

E.   Paid personal income taxes to the State of North Carolina;

F.   Maintained a checking account at a branch of Wachovia Bank located in a suburb of Charlotte;

G.   Been continuously employed through Apple One Employment Services at Ashland Distribution Company at its facility located at 8930 Glenwood Drive, Charlotte, North Carolina. My job at Ashland is a long term assignment. A copy of a recent pay stub is attached;

H.   Worshipped at Friendship Baptist Church which is located near my home;

I.   Obtained a personal medical doctor, William Flannery, whose office is located near my home; and

J.   Registered for a library card in my local library. A copy of my library card is attached.

4.   My son and cousins live in North Carolina and I maintain close relationships with those relatives.

5.   I do not own any property, am not registered to vote, and do not intend to return to live or work in the District of Columbia. In fact, the only real property I own is my house, which is located in North Carolina.

6.   I consider North Carolina to be my domicile and I intend to live there on a permanent basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*signature*
ROCHELLE CARAWAY
DATED: 6/28/06

# appleone

**Employment Services**
9115 Harris Corners Pkwy, Suite 410
Charlotte, NC 28269

PAYSTUB

401K open enrollment is NOW. Call 818-240-8688 x 996092 for enrollment instructions.        Howroyd-Wright

| CHECK DATE | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD ENDING | CHECK NUMBER |
|---|---|---|---|---|
| 03/24/2006 | 68-CARAWAY, ROCHELLE | XXX-XX-5555 | 03/18/2006 | 40415 |

| EARNINGS | UNITS | RATE | AMOUNT | WITHHOLDINGS / DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|
| REGULAR PAY | 38.00 | 10.00 | 380.00 | FED TAX | 32.76 | FED TAX | 367.18 |
| | | | | FICA | 29.07 | FICA | 310.90 |
| | | | | S.D.I | | S.D.I | |
| | | | | STATE TX | 16.74 | STATE TX | 185.85 |
| | | | | DEFER | | DEFER | |
| | | | | | | DEDCT | |
| | | | | | | GROSS | 4063.75 |
| | | | | | | TX GROSS | 4063.75 |
| | | | | | | HOURS | 403.25 |
| TOTAL EARNINGS | | | 380.00 | Tot W/H and Deductions | 78.57 | NET PAY | $301.43 |

STATEMENT OF EARNINGS AND DEDUCTIONS - DETACH AND RETAIN FOR YOUR RECORDS



DRIVER'S LICENSE



LIBRARY CARD