**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| **PATRICIA DANDRIDGE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.: 06-0981 |
| v. ) | |
| ) | |
| **ROCHELLE CARAWAY** ) | RWR |
| ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFF'S NOTICE OF RELEVANT PLEADING**

Comes now Plaintiff Patricia Dandridge, by and through counsel, and files this notice of relevant pleading, and in support thereof states as follows.

The court previously issued an Order to Show Cause to the Defendant on why the case should not be remanded to the D.C. Superior Court. Defendant responded to the order to show cause and indicated, among other things, that she believed that the case should be stayed pending the outcome of the Superior Court litigation, as long as Defendant is permitted to conduct discovery in that matter. Plaintiff wishes to bring to the court's attention that on June 26, 2006, Defendants in the Superior Court matter filed a four page motion for partial summary judgment. Defendants did not seek summary judge on Plaintiff's principal claims that she was terminated or subjected to a hostile work environment due to her sexual orientation. Thus, if these claims are not settled, they will proceed to trial. Counsel's recent experience on getting trial dates for matters in the Superior Court is that trial dates are being scheduled six to eight months after the

pretrial hearing. In the Superior Court matter, the parties are at least six to eight months from a pretrial hearing. Thus, a trial will not be set in that matter for at least another twelve to eighteen months, and that trial will involve substantially the same claims, issues, witnesses and evidence in the matter pending before this court. Counsel submits that this case should be remanded to the D.C. Superior Court for consolidation with the claim pending there. Plaintiff's motion to extend discovery is still pending before Judge Retchin in the Superior Court.

Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805

### Certificate of Service

I hereby certify this 14th day of July 2006, that a copy of the foregoing Plaintiff's Notice of Relevant Pleading was sent to counsel for Defendant listed below:

James Edward Rubin
The Rubin Employment Law Firm, PC
11 North Washington Street,
Suite 520
Rockville, MD 20850

_____/s/_____
David A. Branch