UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**PATRICIA DANDRIDGE**,             )
                                    )
      Plaintiff,              )
                                    )
v.                                  )   Civil Action No. 06-981 (RWR)
                                    )
**ROCHELLE CARAWAY**,               )
                                    )
      Defendant.              )
_____)

## ORDER

    Plaintiff Dandridge filed a complaint against defendant Caraway in the Superior Court for the District of Columbia, asserting a claim under the D.C. Human Rights Act that is based on the same operative facts and is identical to a claim plaintiff has asserted against two other defendants in Civil Action No. 7447-05, now pending in the Superior Court for the District of Columbia. Caraway removed the action, and Dandridge moved to remand. Because Caraway had asserted, but not adequately pleaded, diversity jurisdiction, a show cause order issued directing Caraway to show cause why this action should not be remanded, and if remanded, why this case should not be stayed pending final resolution of the parallel action, Civil Action No. 7447-05, in the Superior Court for the District of Columbia. In response, Caraway filed a declaration with documentary exhibits that establishes her domicile, and makes clear that this

- 2 -

court has diversity jurisdiction of this action, and indicated that she has no opposition to a stay of all proceedings.

Accordingly, it is hereby

ORDERED that Dandridge's motion for remand shall be, and hereby is, DENIED.  It is further

ORDERED that, in order to avoid duplication of judicial resources and risking the possibility of inconsistent dispositions, proceedings in this case shall be, and hereby are, STAYED pending resolution of Civil Action No. 7447-05 in the Superior Court for the District of Columbia.  This matter shall be ADMINISTRATIVELY CLOSED during the stay, but the parties shall file a joint notice as soon as the need for a stay no longer exists or the case is resolved.

SIGNED this 17th day of July, 2006.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge