IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **PATRICIA DANDRIDGE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.: 06-0981 |
| v. ) | |
| ) | |
| **ROCHELLE CARAWAY** ) | RWR |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41of the Federal Rules of Civil Procedure, Plaintiff Patricia Dandridge, by and through undersigned counsel, hereby notifies the court that the parties have resolved all claims and requests that the above-captioned matter be, and it is hereby, dismissed with prejudice.

Respectfully submitted,

By:   _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805

## Certificate of Service

I hereby certify this 27th day of July 2007, that a copy of the foregoing Plaintiff's Notice of Dismissal was sent via the court's ECF filing to counsel for Defendants listed below:

James Edward Rubin
The Rubin Employment Law Firm, PC
11 North Washington Street,
Suite 520
Rockville, MD 20850

                                                        /s/
                                        David A. Branch